UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-                                       NOTICE OF CLAIM
                                                                 10- CV- 2120(BSJ)

$46,140 IN UNITED STATES CURRENCY,

                Defendant- *in-rem*.
------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that in accordance with Rule G (5)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims (Supplemental Rules), **CLAIMANT, JASON PHILLIPS** asserts his interest and rights, including the right to defend this action, as to all the United States Currency seized by the Government in the above captioned matter. (Defendant Property)

      In support of this claim, the claimant, Jason Phillips avers the following:

    1.     The Defendant Property consists of the following United States Currency:

          a.     $3,740, upon information and belief, was recovered from Gabriel Henriquez (Henriquez). Claimant asserts no claim to this Currency.

    b.    $3,004 upon information and belief, was recovered from Henriquez. Claimant asserts no claim to this Currency.

    c.    $39,396, was recovered form the personal property of the claimant, Jason Phillips. Claimant asserts a claim to this Currency.

2. Claimant, Jason Phillips is the legal owner of $39,396 of the Defendant Property.

3. Claimant, Jason Phillips timely filed this claim in accordance with the Supplemental Rules.

4. The Government filed its Complaint on March 10, 2010 and in accordance with Rule G (4)(b) of the Supplemental Rules served said Complaint and Notice on claimant, Jason Phillips, by registered mail, on or about March 19, 2010.

5. Pursuant to Rule G (4)(b)(1), the Claimant submitted his claim within 35 days from the March 19, 2010 Notice date.

Dated: March 31, 2010
       White Plains, New York

_____
CLEMENT S. PATTI, JR., Esq. *(CP5783)*
PARISI & PATTI, LLP.
Attorney for Claimant, Jason Phillips
470 MAMARONECK AVENUE • SUITE 302
WHITE PLAINS, NEW YORK 10601
(914) 287 - 7374
(914) 287 - 7384 (Fax)

# **VERIFICATION**

I, Jason Phillips, being sworn state the following under the penalty of perjury:

I am the claimant herein and I read the forgoing Notice of Claim and know the contents thereof, the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and to those matters, I believe to be true.

X *Jason Phillips*
Jason Phillips

Sworn to before me
the 6 day of ~~March~~ April, 2010

_____
Notary Public

CLEMENT S. PATTI, JR.
Notary Public, State of New York
No. 02PA6086474
Qualified in Westchester County
Commission Expires ~~January 21, 2007~~ 3/30/11